BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-00210-CKD |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING CHANGE OF PLEA AND SENTENCING |
| v. | |
| CHARLES LEE, | Date: May 20, 2013<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the court trial set for May 20, 2013 at 9:30 a.m. is VACATED. It is further ordered that a change of plea and sentencing be set for May 9, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE